# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>REUBEN OLSON, III<br><br>Defendant(s) | )<br>)<br>)  Case No. 1:12-MJ-71<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/9/2011  in the county of  Montcalm County  in the Western District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a), (d) | Armed bank robbery |

This criminal complaint is based on these facts:

SEE ATTACHED CONTINUATION OF COMPLAINT

☑ Continued on the attached sheet.

*Complainant's signature*

BENJAMIN SLIZEWSKI, SPECIAL AGENT FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2012

*Judge's signature*

City and state:  Grand Rapids, Michigan

Joseph G. Scoville, U.S. Magistrate Judge
*Printed name and title*