## CONTINUATION OF COMPLAINT

1. I, BENJAMIN SLIZEWSKI, am a Special Agent of the FBI currently assigned to the Detroit Division, Grand Rapids Resident Agency, FBI Violent Crimes Fugitive Task Force. I have been an FBI Special Agent since June 2010. During this time I have investigated violations of federal law including bank robberies.

2. On Wednesday, 11/9/2011, at approximately 1034 hours, the Huntington Bank located at 203 South Lafayette, in Greenville, MI, was robbed by an unknown white male brandishing a handgun.

3. The robber entered the bank via the bank's west door. Upon entering the bank, the robber vaulted the teller counter, and approached the first victim teller, verbally threatening her and putting his handgun to the back of her head. The robber demanded that she open her drawer; however, the victim teller's drawer was locked and could not be opened. The robber then approached the second victim teller.

4. The robber had the second victim teller open her drawer. The robber then stole the contents of her drawer. The robber returned to the first victim teller, who by now had unlocked and opened her drawer. The robber stole the contents of her drawer.

5. After stealing the money from the first victim teller, the robber kicked open the door to the teller line (breaking it off its hinges), and departed the bank via the bank's main doors, which are located on the east side of the bank. As the robber was running to the bank's doors, several stolen bills fell from his person. The robber was last seen running east across Lafayette Street.

6. Witnesses described the robber as being 6' 2" to 6' 3" tall, medium build, and 25-30 years old. The robber wore a blue plaid jacket, blue jeans, and black boots. The robber also wore a mask over his face. The robber's weapon was described as a black semiautomatic pistol.

7. The bank's loss was $2,761.00 in U.S. currency. I note that Huntington Bank was federally insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robbery.

8. During the course of the investigation, an anonymous tip was received that REUBEN OLSON, III, had robbed the Greenville Huntington Bank on 11/9/2011. On 2/1/2012, investigators located OLSON at the residence of his girlfriend, APRIL WELDER, in Shepard, MI. OLSON stated he had not robbed

the Huntington Bank.  OLSON agreed to submit to a polygraph test as proof of his innocense.

9. On 2/9/2012, FBI Polygrapher Examiner Special Agent BRAD BEYERS administered a polygraph test to OLSON at the Greenville, MI, Public Safety Building.  Prior to administering the examination, SA BEYER advised OLSON of his Constitutional Rights as summarized on FBI Form FD-395.  OLSON acknowledged that he understood his rights, and signed the FD-395, waiving his rights.  OLSON thereafter submitted to the polygraph exam.

10. During the exam, OLSON was asked if he had robbed the bank in question, or if he participated in the robbery.  The polygraph indicated that OLSON was deceptive in his answers.

11. Following OLSON's failure, SA BEYER conducted a post-test interrogation.  During the interrogation, OLSON admitted he had been lying when he claimed he had not robbed the bank.  OLSON admitted to SA BEYER that he had robbed the bank.  OLSON provided SA BEYER with a signed written statement admitting his involvement in the robbery.

12. OLSON also provided details concerning the clothing he wore, the boots he wore, and the handgun he used for the robbery.  I note that OLSON's description of his clothing and weapon are similar to witness descriptions of the clothing and weapon the robber used.

13. REUBEN OLSON is 6' 2" and 180 lbs.  He will be 23 years old on April 23, 2012.  I direct the Court's attention back to paragraph 6 of this continuation, in which witnesses describe the robber as being 6' 2" to 6' 3", medium build, and 25-30 years old.

14. Following his post-interview interrogation, OLSON recanted his confession.  OLSON was thereafter taken to the Montcalm County Jail and was lodged on bank robbery charges.

15. This continuation is presented as probable cause that REUBEN OLSON, III robbed the Huntington Bank located at 203 South Lafayette, Greenville, MI, on 11/9/2011, in violation of Title 18, United States Code Section 2113(a) and (d).